IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUTUMN DRAYTON, as Personal Representative and Successor in Interest of the ESTATE OF NIKO ESTEP, c/o Ali & Lockwood LLP, 501 H Street NE, Suite 200, Washington, D.C. 20002<br><br>*Plaintiff,*<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br><br>*Defendants.* | Civil Action No. 1:24-cv-3023 |

## NOTICE OF APPEARANCE

The undersigned counsel notices her appearance on behalf of Plaintiff, Autumn Drayton, in the above-styled case. The undersigned respectfully requests that the Court, and all parties hereto, take notice of her appearance and further requests ECF/PACER notifications from the Court on matters concerning the case.

Dated: October 23, 2024

                                          */s/ Meghan Palmer*
                                          Meghan Palmer (D.C. Bar No. 1736144)
                                          ALI & LOCKWOOD LLP
                                          501 H Street NE, Suite 200
                                          Washington, D.C. 20002
                                          (202) 651-2475
                                          meghan.palmer@alilockwood.com

                                          *Counsel for Plaintiff*